1 KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 CHINHAYI J. COLEMAN (CSBN 194542)
JONATHAN U. LEE (CSBN 148792)
4 Assistant United States Attorneys

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 Telephone: (415) 436-7073
FAX: (415) 436-6748
7
Attorneys for Defendant, UNITED STATES OF AMERICA
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

12
EXPLORER INSURANCE COMPANY, ) No. C 05-0778 CRB
13 )
Plaintiff, ) **STIPULATION AND [PROPOSED]**
14 ) **ORDER FOR DISMISSAL WITH**
v. ) **PREJUDICE**
15 )
UNITED STATES OF AMERICA, )
16 )
Defendant. )
17 )
)
18

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 05-0778 CRB

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Explorer
2  Insurance Company and Defendant United States of America, stipulate to the dismissal with
3  prejudice of <u>Explorer Insurance Company v. United States</u>, Northern District of California case
4  number C 05-0778 CRB. Each party will bear its own costs.

6  Dated: ~~August~~ SEPT 21, 2005         LAW OFFICES OF TODD F. HAINES

8                                           TODD F. HAINES
                                             DAVID A. LEEDS
9                                            Attorneys for Explorer Insurance Company

11 Dated: ~~August~~ Sept. 22, 2005         KEVIN V. RYAN
                                             United States Attorney
12
13                                           JONATHAN U. LEE
                                             Assistant United States Attorney
14                                           Attorneys for Defendant USA

16                          ~~[PROPOSED]~~ ORDER

17      PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 Dated: October 3, 2005
19                                           THE HONORABLE CHARLES R. BREYER
                                             United States District Court Judge

                                             APPROVED
                                             Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No C 05-0778 CRB

2